FULCRUM ENTERPRISES, LLC

VERSUS

ST. JOHN THE BAPTIST PARISH
SCHOOL BOARD, ET. AL.

NO. 23-C-71

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

February 28, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** ST. JOHN THE BAPTIST PARISH SCHOOL BOARD

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE VERCELL FIFFIE, DIVISION "A", NUMBER C-77965

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and Robert A. Chaisson

## WRIT GRANTED FOR LIMITED PURPOSE

Relator, St. John the Baptist Parish School Board, seeks supervisory review of a December 12, 2022 judgment of the trial court granting a Writ of Mandamus filed by plaintiff, Fulcrum Enterprises, LLC ("Fulcrum"), and ordering relator to pay plaintiff $2,457,480.37 plus "reasonable attorney's fees." In its writ application, relator indicates that it has also filed a Notice of Suspensive Appeal with the trial court seeking appellate review of this same judgment.

The December 12, 2022 judgment appears to award Fulcrum all of the relief requested in its initial Petition for Breach of Contract, including an award of attorney's fees, although that amount is left indeterminate at this time.[1] Thus, it appears that this judgment purports to resolve all pending claims in this litigation (other than the determination of the specific amount of attorney's fees awarded), and would constitute a final, appealable judgment in this matter.[2]

Furthermore, the December 12, 2022 judgment was rendered after a trial on Fulcrum's Petition for Writ of Mandamus at which evidence was purportedly introduced into the record and considered by the trial court. Neither a transcript of this trial, nor minutes indicating what evidence was admitted and/or if any witnesses were heard, has been attached to this writ application. Without these

---

[1] The amount of the award in the December 12, 2022 judgment is actually $258,169.47 more than the amount requested by Fulcrum in its initial Petition for Breach of Contract.

[2] It appears from documents attached to this writ application that the trial court has made this same assessment of the procedural posture of this case. Despite an apparently contradictory Order dated January 18, 2023, which granted relator's Motion to Extend Return date within which to file an application for supervisory writ, on the same date the trial court issued an Order denying relator's Notice of Intent to Seek Supervisory Writ, noting that the Notice was "Denied as to supervisory writ. Judgment was final and appealable."

documents, it is not possible, even if this Court were so inclined, to address the complex issues involved, or review the appropriateness of a substantial monetary judgment against relator, by way of this writ application.

Given the procedural posture of this case, we decline to exercise our supervisory jurisdiction to review the judgment in question. Relator's remedy is to seek review of this judgment by appeal, which, as previously indicated, relator has indicated it is in the process to perfecting, thus affording this Court the benefit of the full record of this matter.

However, we do note that an otherwise final judgment that awards attorney's fees, but does not specify the amount of fees awarded, and is not certified as a final judgment pursuant to La. C.C.P. art. 1915(B), is not a final, appealable judgment. *See Ford Motor Credit Co., LLC v. Davis*, 20-271 (La. App. 5 Cir. 10/13/21), 329 So.3d 1047, 1051, *writ not considered,* 21-1739 (La. 1/26/22), 331 So.3d 926; *Advanced Leveling & Concrete Sols. v. Lathan Co., Inc.*, 17-1250 (La. App. 1 Cir. 12/20/18), 268 So.3d 1044, 1046–47. Because the amount of attorney's fees in the December 12, 2022 judgment is unspecified, the judgment appears to be only partially final.

Accordingly, we grant this writ application for the limited purpose of instructing the trial court to either render a judgment on the specified dollar amount of attorney's fees awarded to Fulcrum, or to make a complete and proper determination pursuant to La. C.C.P. art. 1915(B) that the judgment is final and there is no just reason for delay. In all other respects, this writ application is denied.

Gretna, Louisiana, this 28th day of February, 2023.

**RAC**
**SMC**
**MEJ**

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **02/28/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-C-71**

### E-NOTIFIED
40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
Andrew F. Barr (Relator)
Charles L. Rice, Jr. (Respondent)

### MAILED
Alejandro R. Perkins (Relator)
Evan M. Alvarez (Relator)
Attorney at Law
2431 South Acadian Thruway
Suite 600
Baton Rouge, LA 70808

SECURITY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Evan M. Alvarez
Attorney at Law
2431 South Acadian Thruway
Suite 600
Baton Rouge, LA 70808
23-C-71                    03-01-23

|||||||||||||||||||||||||||||||||||||||||||||||
9590 9402 2434 6249 3625 15

2. Article Number *(Transfer from service label)*
7016 2070 0000 0954 6731

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Melanie Farrow                 ☑ Agent
                                  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Melanie Farrow                     3|3|23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt